# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-00155** |
| | : | |
| v. | : | |
| | : | |
| **MOHAMED HASSAN GUREY** | : | |
| a/k/a YOHANNES M. GEBRESEMAYAT | : | |
| a/k/a YOHANNES G. MAMO, | : | |
| | : | |
| Defendant. | : | |
| | : | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to unseal. In support of this motion the government states as follows:

1. On September 12, 2017, a Grand Jury returned a sealed Superseding Indictment charging the defendant in this case with Bank Fraud, in violation of 18 U.S.C. § 1344(2), Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A, Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(A), First Degree Fraud, in violation of 22 D.C. Code §§ 22-3221(a) and 22-3222(a)(1), and Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity, in violation of 18 U.S.C. § 1957. The Court also granted the government's motion to seal the Superseding Indictment and bench warrants, as well as other pleadings, records, and files in this case, including the motion to seal, and to delay entry on the public docket of its motion to seal and all related matters.

2. The government is aware of no facts or circumstances that would justify continuing the seal upon this matter. Accordingly, the government respectfully requests that the Court unseal this case and place the case on the public docket.

WHEREFORE, it is respectfully requested that this motion be granted.

                                  Respectfully submitted,

                                  MICHAEL R. SHERWIN
                                  Acting United States Attorney
                                  for the District of Columbia
                                  New York State Bar Reg. No. 4444188

                By:      */s/ David B. Kent*
                                  DAVID B. KENT, D.C. Bar No. 482850
                                  Assistant United States Attorney
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 272-7762
                                  David.Kent@usdoj.gov

DATED: October 2, 2020